1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  KATHY M. MARTIN, et al.,                **Case No. 1:16-cv-01703-SAB**

12                         Plaintiffs,       **ORDER RE STIPULATION FOR
                                             SEVEN-DAY EXTENSION OF NON-**
13              v.                           **EXPERT DISCOVERY DEADLINE**

14  UNITED STATES OF AMERICA,               (ECF No. 13)

15                         Defendant.

16

17          The parties to this action hereby stipulate, and request that the Court order, that the deadline

18  for completion of non-expert discovery be extended by seven (7) days, to August 25, 2017, on the

19  following grounds:

20          1.      On July 10, 2017, the United States noticed the deposition of plaintiff Kathy Martin,

21  with production of documents, for August 17, 2017, at 10 a.m.  On August 7, 2017, plaintiffs noticed

22  the depositions of two United States Postal Service employees for the following day, August 18,

23  2017.

24          2.      Ms. Martin failed to appear for her deposition at the scheduled time on August 17,

25  2017, and Ms. Martin's counsel was unable to reach her by telephone until late in the afternoon.

26  Counsel for the parties agreed that the United States should be allowed to complete the earlier-

27  noticed deposition of Ms. Martin before producing the postal employees.  The deposition of Ms.

28  Martin was rescheduled for the following day, August 18, 2017, at 10 a.m.

                                                   1

3.    At approximately 8:15 a.m. on August 18, 2017, counsel for Ms. Martin advised counsel for the United States that Ms. Martin was ill and unable to attend the rescheduled deposition.

4.    In order to accommodate the further rescheduling necessitated by the unexpected illness of Ms. Martin, the parties request that the Court extend the deadline for completion of non-expert discovery (*see* Scheduling Order, Doc. 12), by seven (7) days, to August 25, 2017.

Respectfully submitted,

Dated:  August 18, 2017

PHILLIP A. TALBERT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated:  August 18, 2017

LAW OFFICES OF EDWARD B.
    CHATOIAN

 /s/Edward B. Chatoian
EDWARD B. CHATOIAN
Attorneys for Plaintiffs

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the non-expert discovery deadline is extended seven (7) days to August 25, 2017.

IT IS SO ORDERED.

Dated:  __**August 18, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE