# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY MARTIN and DANNY MARTIN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:16-cv-01703-SAB <br><br> ORDER AMENDING PRETRIAL ORDER <br><br> (ECF No. 17) |

It has come to the Court's attention that due to an administrative error the pretrial order filed February 16, 2018 contains conflicting dates for the filing of exhibits.

Accordingly, the Pretrial Order filed February 16, 2018, is HEREBY AMENDED at 15:25-28 as follows:

No later than **March 27, 2018**, the parties shall file and serve their final exhibit list and pre-marked exhibits.

The parties are required to submit **two (2) complete, legible and identical sets of exhibits in binders** on or before **March 27, 2018.**

IT IS SO ORDERED.

Dated: __**February 20, 2018**__

UNITED STATES MAGISTRATE JUDGE

1