# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:16-cv-01703-SAB<br><br>ORDER VACATING MARCH 16, 2018 HEARING |

On February 16, 2018, the pretrial order was filed in this matter establishing a briefing schedule for motions in limine. Pursuant to the February 16, 2018 order, any motions in limine were to be filed on or before March 2, 2018. No motions in limine were filed by the March 2, 2018 deadline, accordingly the Court shall vacate the hearing.

Based on the foregoing, the hearing set for March 16, 2018, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: __**March 5, 2018**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1