# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KATHY M. MARTIN, | Case No. 1:16-cv-01703-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | DEADLINE: MAY 4, 2018 |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On March 23, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 22.)

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents on or before May 4, 2018; and
2. All pending matters and dates, including the April 3, 2018 trial, are VACATED.

IT IS SO ORDERED.

Dated: **March 26, 2018**

UNITED STATES MAGISTRATE JUDGE